No. 88–5584. KERPA, AKA LAWSON v. VALLEY NEUROSURGICAL ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–5588. MUNCHINSKI v. GOODWIN. C. A. 3d Cir. Certiorari denied.

No. 88–5591. COLTER v. CITY OF ARTESIA, NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5594. MAHDAVI v. SHIRANI. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–5599. FORBES v. HENNEPIN COUNTY ATTORNEY'S OFFICE, CRIMINAL DIVISION, HENNEPIN COUNTY, MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 88–5601. CRANFORD v. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5602. FRITTS v. ROGERS, JAIL ADMINISTRATOR, WHITE COUNTY JAIL, SEARCY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5607. LAYTON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 88–5610. BROUSSARD v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–5614. LUTHER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–5619. MCDONALD v. TOBEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5621. TUBBS v. BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–5623. WHEAT v. TRICKEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 88–5624. WALKER v. NEAL, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.